THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALLSTATE INSURANCE CO., ALLSTATE INDEMNITY CO., ALLSTATE FIRE & CASUALTY INSURANCE CO., and ALLSTATE PROPERTY & CASUALTY INSURANCE CO., <br><br> Plaintiffs, <br><br> v. <br><br> SEOK BAE "MIKE" SEO and OK MI LEE, husband and wife, and the marital community thereof; HANNA & DOOREE CORPORATION; <br><br> Defendants, <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Garnishee. | Case No. 2:17-mc-00046 RSL <br><br> **ORDER DIRECTING ENTRY OF JUDGMENT ON ANSWER OF GARNISHEE DEFENDANT CHASE BANK, N.A.** |

## I.   JUDGMENT SUMMARY

Judgment Creditor:    Allstate Insurance Co., Allstate Indemnity Co., Allstate Fire & Casualty Insurance Co. and Allstate Property & Casualty Insurance Co.

Garnishment Judgment Debtor:    Chase Bank, N.A.

Garnishment Judgment Amount:    $7,070.30

Costs Judgment Debtor:    Seok Bae "Mike" Seo, Ok Mi Lee and Hanna & Dooree Corporation.

ORDER DIRECTING ENTRY OF JUDGMENT
ON ANSWER OF GARNISHEE DEFENDANT
CHASE BANK, N.A – 1

COLE | WATHEN | LEID | HALL, P.C.
303 Battery Street
Seattle, Washington 98121
(206) 622-0494/Fax (206) 587-2476

| | |
|---|---|
| Costs Judgment Amount: | $340.00 |
| Attorneys for Judgment Creditor: | Rory W. Leid, III |
| | Nicholas A. Reynolds |
| | A. Elyse O'Neill |
| | Cole | Wathen | Leid | Hall, P.C. |
| | 303 Battery Street |
| | Seattle, WA 98121 |
| | (206) 622-0494 |

## II.  ORDER

This matter having come before the Court on the Plaintiffs-Judgment Creditors Allstate's Motion for Judgment on Answer of Garnishee Defendant First Chase Bank, N.A. and the Court having considered the Plaintiffs-Judgment Creditors Allstate's motion, as well as the pleadings, papers, and records on file with the Court, FINDS:

1. Garnishee Chase Bank, N.A. was in possession of $7,070.30 in non-exempt property of Seok Bae "Mike" Seo, Ok Mi Lee and Hanna & Dooree Corporation;

2. Plaintiffs-Judgment Creditors Allstate are entitled to the garnished property under RCW 6.27.250; and

3. Plaintiffs-Judgment Creditors Allstate are entitled to judgment for their attorney fees and costs under RCW 6.57.090.

Based on its factual findings, the Court ORDERS:

1. The Clerk of the Court shall enter judgment in favor of Plaintiffs-Judgment Creditors Allstate and against garnishee Chase Bank, N.A. in the amount of $7,070.30, such funds to be first applied in satisfaction of costs and fees taxable herein;

2. The Clerk of Court shall enter judgment in favor of Plaintiffs-Judgment Creditors Allstate and against Defendants-Judgment Debtors Seok Bae "Mike" Seo, Ok Mi

ORDER DIRECTING ENTRY OF JUDGMENT
ON ANSWER OF GARNISHEE DEFENDANT
CHASE BANK, N.A – 2

COLE | WATHEN | LEID | HALL, P.C.
303 Battery Street
Seattle, Washington 98121
(206) 622-0494/Fax (206) 587-2476

1. Lee and Hanna & Dooree Corporation in the amount of $340.00 for recoverable costs, as stated on the writ of garnishment, said sum being added to the plaintiffs' prior judgment against defendants; and

3. Garnishee Chase Bank, N.A. is directed to pay the $7,070.30 into the registry of this Court. Upon payment by the garnishee, the garnishee shall be discharged from this action, and the Clerk of Court shall enter full satisfaction of the judgment against the garnishee. The Clerk of Court shall thereafter draw a check on the funds on deposit in the registry of the Court in the principal amount of $7,070.30, plus all accrued interest, minus any statutory user fees, payable to plaintiffs and mailed to plaintiffs' counsel.

Garnishee is advised that failure to pay this judgment amount may result in execution of the judgment against it, including garnishment.

Dated this 24st day of July, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY OF JUDGMENT
ON ANSWER OF GARNISHEE DEFENDANT
CHASE BANK, N.A – 3

COLE | WATHEN | LEID | HALL, P.C.
303 Battery Street
Seattle, Washington 98121
(206) 622-0494/Fax (206) 587-2476